| | | | | |
|---|---|---|---|---|
| State v. Kurtz | 110,697 | Denied | 09/23/2015 | 51 Kan. App. 2d 50 |
| State v. Kurtti | 110,942 | Denied | 07/27/2015 | Unpublished |
| State v. Larsson | 111,233 | Denied | 10/09/2015 | Unpublished |
| State v. Lassiter | 110,631 | Denied | 07/21/2015 | Unpublished |
| State v. Lawrence | 111,268 | Denied | 09/14/2015 | Unpublished |
| State v. Lee | 109,377 | Denied | 07/21/2015 | Unpublished |
| State v. Lee | 111,182 | Denied | 07/24/2015 | Unpublished |
| State v. Lewis | 108,147 | Denied | 06/29/2015 | 50 Kan. App. 2d 405 |
| State v. Lewis | 112,423 | Denied | 10/09/2015 | Unpublished |
| State v. Littrell | 111,119 | Denied | 08/20/2015 | Unpublished |
| State v. Lobmeyer | 110,209 | Denied | 07/27/2015 | Unpublished |
| State v. Lobmeyer | 109,153 | Denied | 07/21/2015 | Unpublished |
| State v. Long | 107,759 | Denied | 10/07/2015 | Unpublished |
| State v. Longbine | 110,464 | Denied | 08/04/2015 | Unpublished |
| State v. Lopez | 110,286 | Denied | 07/27/2015 | Unpublished |
| State v. Lopez | 109,984 | Denied | 07/21/2015 | Unpublished |
| State v. Lowe | 110,103 | Denied | 08/04/2015 | Unpublished |
| State v. Lowery | 111,329 | Denied | 07/22/2015 | Unpublished |
| State v. Malin | 111,712 | Denied | 07/22/2015 | Unpublished |
| State v. Mannion | 111,970 | Denied | 09/14/2015 | Unpublished |
| State v. Marion | 110,164 | Denied | 07/27/2015 | 50 Kan. App. 2d 802 |
| State v. Marshall | 109,350 | Denied | 07/24/2015 | 50 Kan. App. 2d. 838 |
| State v. Martinez | 110,623 | Denied | 07/22/2015 | Unpublished |
| State v. Martinez | 108,441 | Denied | 07/21/2015 | Unpublished |
| State v. Martinez | 110,273 | Denied | 07/24/2015 | Unpublished |
| State v. Martinez-Perez | 109,383 | Denied | 06/29/2015 | Unpublished |
| State v. Matthiesen | 110,087 | Denied | 07/24/2015 | Unpublished |
| State v. Mays | 110,889 | Denied | 09/14/2015 | Unpublished |
| State v. Mburu | 111,797 | Denied | 06/29/2015 | 51 Kan. App. 2d 266 |
| State v. McCormick | 109,985 | Granted | 10/07/2015 | Unpublished |
| State v. McCoy | 110,227 | Denied | 07/24/2015 | Unpublished |
| State v. McDaniel | 111,387 | Denied | 09/14/2015 | Unpublished |
| State v. McDonald | 111,157 | Denied | 07/24/2015 | Unpublished |
| State v. McGill | 110,736 110,737 | Denied | 09/23/2015 | 51 Kan. App. 2d 92 |
| State v. McGinnes | 110,918 | Denied | 09/14/2015 | Unpublished |
| State v. McGowan | 108,502 | Denied | 10/07/2015 | Unpublished |
| State v. Meitler | 111,697 | Denied | 06/29/2015 | 51 Kan. App. 2d 308 |
| State v. Melton | 109,884 | Denied | 07/21/2015 | Unpublished |
| State v. Meyer | 105,226 | Denied | 07/22/2015 | Unpublished |
| State v. Meyer | 111,406 | Denied | 08/20/2015 | Unpublished |